[No. 11867-0-II.  Division Two.  August 3, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. HANS K. KOHN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87-1-00091-8, David E. Foscue, J., entered January 25, 1988. *Affirmed* by unpublished opinion

1004

per Shields, J., concurred in by Munson, A.C.J., and Green, J.